892

No. 93–5405. ROYSTER v. RODRIGUEZ ET AL. Ct. App. N. Y. Certiorari denied.

No. 93–5406. REISE v. BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–5408. JOHNSON v. STATE BAR OF KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 93–5409. KELLY v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 93–5410. WHITFIELD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5411. CHANNER v. MARKOWSKI ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–5412. ASANTE v. DILLER ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–5413. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5414. YOUNG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5415. COREY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5416. DALTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5419. BREWER v. STRAUSS ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–5421. MULLET v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5422. ANDERSON v. GIBSON, DUNN & CRUTCHER ET AL. C. A. 9th Cir. Certiorari denied.